IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JENNIFER BONE MATTIACE           CASE NO. 10-02793-ee
                                        CHAPTER 13

### OBJECTION TO PROOF OF CLAIM #24 FILED BY
### HSBC BANK NEVADA, N.A.

COMES NOW Debtor, by and through counsel, and files this Objection to Proof of Claim #24 and would show that said creditor has failed to attach proper documentation to establish a claim. That said Proof of Claim should be disallowed as filed.

THIS THE _28_ day of _Dec_, 2010.

                                        /s/ J. Thomas Ash
                                        J. THOMAS ASH,
                                        Attorney for Debtor

J. THOMAS ASH
ASH LAW FIRM, PLLC
P.O. BOX 13219
JACKSON, MS 39236-3219
(601) 981-5600


### CERTIFICATE OF SERVICE

I, J. Thomas Ash, Attorney for the Debtor(s), does hereby certify that I have this day mailed a true and correct copy by United States mail, postage prepaid, of the above and foregoing Objection to Proof of Claim to Hon. James L. Henley, Jr., P.O. Box 31980, Jackson, MS 39286-1980; US Trustee at 100 W. Capitol St. Ste 706, Jackson Ms 39269; and HSBC Bank, c/o Bass & Associates, 3936 E. Ft. Lowell, Ste 200, Tucson, AZ 85712.

Dated this the _28_ day of _Dec_, 2010.

                                        /s/ J. Thomas Ash
                                        J. THOMAS ASH